1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
2  JAMES F. HODGKINS, Supervising Trial Attorney – State Bar #142561
   CHARLES VOSE, Senior Deputy City Attorney – State Bar #139700
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California  94612
4  Telephone:  (510) 238-2961          Fax:  (510) 238-6500
   24423/353618
5
   Attorneys for Defendant
6  City of Oakland

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | MILTON MCMATH,                        | Case No.  C-05-03111-EDL
12 |           Plaintiff,                  | **STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ORDER** AS MODIFIED
13 |      v.                               |
14 | CITY OF OAKLAND, ET AL.,              |
15 |           Defendants.                 |
16 |                                       |

17
18      It is hereby stipulated by and between the parties to this action, through their
19 respective counsel of record as follows:
20    1. The Initial Case Management Conference in this matter is currently scheduled for
21       November 29, 2004 at 10:00 a.m. before The Honorable Magistrate Judge Laporte.
22    2. Counsel for Defendant, City of Oakland, is unavailable to appear for the scheduled
23       Initial Case Management Conference due to a previously scheduled vacation.
24    3. The parties, through their counsel of record, stipulate that the Initial Case
25       Management Conference in this matter be continued to December 20, 2005 at 3:00
26

p.m. before The Honorable Magistrate Judge Laporte in Courtroom E of the above entitled court. The parties shall submit their joint case management conference statement no later than December 13, 2005.

**IT IS SO STIPULATED.**

DATED: OCTOBER 13, 2005

        JOHN A. RUSSO, City Attorney
        RANDOLPH W. HALL, Chief Assistant City Attorney
        JAMES HODGKINS, Supervising Trial Attorney
        CHARLES E. VOSE, Senior Deputy City Attorney

By: _____/S/_____
Attorneys for Defendant
City of Oakland

DATED: OCTOBER 13, 2005

LAW OFFICES OF JOHN BURRIS

By: _____/S/_____
BEN NISENBAUM
Attorney for Plaintiff

**ORDER**

Pursuant to the stipulation of the parties and GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

Dated: October 24, 2005

_____
The Honorable Elizabeth D. Laporte
United States District Court
Magistrate Judge

GRANTED
Judge Elizabeth D. Laporte