JOHN A. RUSSO, City Attorney - State Bar #063203
RANDOLPH W. HALL, Assistant City Attorney - State Bar #080142
JAMES F. HODGKINS, Supervising Trial Attorney – State Bar #142561
CHARLES E. VOSE, Senior Deputy City Attorney, State Bar No. 139700
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-2961    Fax: (510) 238-6500
24423/365306

Attorneys for Defendant
CITY OF OAKLAND, RICHARD WORD,
GREG LOUD, SEAN BOWLING,
FRANK BONIFACIO, LARRY MILIKEN,
And CRAIG HARDISON

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON MCMATH,<br>DEDRICK SHAVERS<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF OAKLAND, ET AL.,<br><br>　　　　　Defendants. | Case No. C-05-03111 EDL (JCS)<br><br>**ORDER EXCUSING THE OFFICERS TO THIS ACTION TO APPEAR AT SETTLEMENT CONFERENCE** |

Upon application by defendants in this action, and good cause appearing;

**IT IS HEREBY ORDERED** that Chief Richard Word and defendant Oakland Police Officers Greg Loud, Sean Bowling, Frank Bonifacio, Larry Miliken and Craig

1

1  Hardison are hereby excused from attending the settlement conference scheduled for
2  March 16, 2006.
3
4  Dated: March 7, 2006
5
6  _____
   MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Joseph C. Spero

2
ORDER EXCUSING OFFICERS IN THIS ACTION TO APPEAR AT SETTLEMENT CONFERENCE      C 05-03111 EDL (JCS)