**United States District Court**
For the Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON McMATH, ET AL., | No. C-05-3111 EDL (JCS) |
| Plaintiff(s), | **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| v. | |
| CITY OF OAKLAND, ET AL., | (E-FILING CASE) |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **June 13, 2006, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Lead trial counsel shall appear at the Settlement Conference with the parties who have unlimited authority to negotiate and settle the case.

**Updated, confidential settlement conference statements shall be lodged with the undersigned by June 6, 2006.**

The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

IT IS SO ORDERED.

Dated: March 21, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge