JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
(510) 839-5200

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON McMATH, individually; DEDRICK SHAVERS, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF OAKLAND, a municipal corporation, et al, <br><br> Defendants. <br> _____/ | Case No.  C-05-03111 EDL <br><br> **NOTICE  OF DISMISSAL** |

PURSUANT TO THE EXECUTION OF THE PARTIES' SETTLEMENT, Plaintiff hereby dismisses this action with prejudice pursuant to FRCP 41(a)(1).

**The Law Offices of John L. Burris**

Dated: January 12, 2007             _____/s/_____
                                                            Ben Nisenbaum, Attorney for Plaintiff

PLAINTIFFS' NOTICE AND ORDER OF DISMISSAL - 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON McMATH, individually; DEDRICK SHAVERS, individually,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF OAKLAND, a municipal corporation, et al,<br><br>　　　　　Defendants.<br>_____ / | Case No. C-05-03111 EDL<br><br>**ORDER OF DISMISSAL** |

**ORDER**

**IT IS HEREBY ORDERED** that this action shall be dismissed with prejudice, pursuant to plaintiff's dismissal through his counsel.

**IT IS SO ORDERED.**

Date: February 14, 2007      _____

